No. 291. THE PEOPLE *v.* MARZÁN, *alias* CAFRE.—Appeal from the District Court of Ponce. Decided January 17, 1911. Judgment affirmed. *Mr. Tomás Castillo* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 304. THE PEOPLE *v.* GARCÍA.—Appeal from the District Court of San Juan. Decided January 19, 1911. Judgment affirmed. *Mr. Pedro Gómez* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 309. THE PEOPLE *v.* PADILLA.—Appeal from the District Court of Mayagüez. Decided January 19, 1911. Judgment affirmed. *Mr. Estaban Ramírez Nadal* for appellant. *Mr. Jesús M. Rossy, fiscal,* for respondent.

---

No. 53. EX PARTE PICORNELL.—Motion for approval of a notarial bond. Decided January 30, 1911. Bond approved. The petitioner appeared in his own behalf.

---

No. 690. TORO *v.* FORES ET AL.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided January 30, 1911. Motion overruled. *Mr. Eduardo Acuña* for petitioners. The respondent did not appear.

---

No.      SUCCESSION OF IGARAVÍDEZ ET AL. *v.* SUCCESSION OF GALLART ET AL.—Appeal from the District Court of San Juan, Section 2. Motion to dismiss the appeal. Decided January 31, 1911. Motion overruled. *Messrs. Antonio Alvarez Nava and José Hernández Usera* for petitioners. *Mr. Rafael López Landrón* for respondents.